**Dismissed and Memorandum Opinion filed January 29, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00173-CV

## MICHAEL SLEEMAN, Appellant

## V.

## ESTHER LAVERNE CHUDLEIGH, Appellee

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2012-29742**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 2, 2013. The clerk's record was filed April 1, 2014. The reporter's record was filed June 30, 2014. No brief was filed.

On November 25, 2014, this court issued an order stating that unless appellant submitted a brief on or before December 30, 2014, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Donovan, and Wise.